UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alfred Flowers,                                    CIVIL 05-2349 (PAM/JSM)

             Plaintiff,

v.

City of Minneapolis, et al.,

             Defendants.

-------------------------------------------------------------------------------------

## ORDER OF RECUSAL AND DIRECTION TO THE
## CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above captioned action shall be resubmitted to the Clerk of Court for reassignment on the Civil Rights list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: November  21 , 2005

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court